1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  HILLARY T. IRVIN (MDBN 1712130257)
   SOPHIA COOPER (CABN 320373)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7181
       Fax: (415) 436-7027
8      Hillary.Irvin@usdoj.gov

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )  **CASE NO. 3:23-CR-00030-SI**
14                                      )
           Plaintiff,                   )  **UNITED STATES' TRIAL WITNESS LIST**
15                                      )
       v.                               )  Court: Hon. Susan Illston
16                                      )  Pretrial Conference: July 25, 2023
   OLVIN ISAAC GUTIERREZ-NUNEZ, et al,  )  Trial: August 14, 2023
17                                      )
           Defendants.                  )
18                                      )

**United States' Trial Witness List**[1]

1. **Officer Alexis Gomez, San Francisco Police Department**

    Officer Gomez is the lead investigator and case agent who will testify on the overall investigation into the Defendants.

2. **Officer Sotorios Zografos, San Francisco Police Department**

    Officer Zografos will testify about his participation in the search of Bedroom 1 during execution of a search warrant at the Defendants' residence.

3. **Officer Anthony Scafani, San Francisco Police Department**

    Officer Scafani will testify about his participation in the search of Bedroom 1 during execution of a search warrant at the Defendants' residence.

4. **Officer Blake Cunningham, San Francisco Police Department**

    Officer Cunningham will testify about his investigation into Cruz Medina's drug trafficking activity and his execution of a search warrant at the Defendant's residence.

5. **Officer James Puccinelli, San Francisco Police Department**

    Officer Puccinelli will testify about recovering a firearm at issue in the case during execution of a search warrant at the Defendants' residence.

6. **Officer Luis Guitron, San Francisco Police Department**

    Officer Guitron will testify about statements that residents of the Defendants' residence made to him in Spanish.

7. **Officer Michael Cunnie, San Francisco Police Department**

    Officer Cunnie will testify about his participation in the execution of a search warrant at the Defendants' residence.

8. **Michelle Hensley, Alameda County Sherriff's Office**

    Michelle Hensley is a Criminalist who will testify about the test results of the narcotics recovered from the Defendants' residence.

9. **David Mateer, Drug Enforcement Agency**

---

[1] The government will provide complete expert disclosures in advance of the pre-trial conference.

David Mateer is an expert in drug trafficking patterns and activities who will opine on drug trafficking activity and patterns present in this case.

**10. Amy Lee, San Francisco Police Department**

Amy Lee is a Criminalist and an expert in DNA analysis. She conducted DNA testing on the swabs lifted from the firearm recovered in this case and will opine on the evidentiary results of the DNA found on the firearm in this case.

**11. Sergeant Rodney Fitzpatrick, San Francisco Police Department**

Sergeant Fitzpatrick will testify about an undercover officer purchase of fentanyl from Gutierrez Nunez which led to execution of the search warrant that forms the basis of the indictment.

**12. Justin Zapanta, Drug Enforcement Agency**

Special Agent Zapanta will testify about communications between Nunez and other suspected drug traffickers.

**13. Mike Byrne, Drug Enforcement Agency**

Task Force Officer Byrne will testify about communications between Nunez and other suspected drug traffickers.