United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

OLVIN ISAAC GUTIERREZ-NUNEZ,
MARVIN ALEXANDER RODRIGUEZ
FLORES a/k/a Carlos Cruz Medina,

Defendants.

Case No. 23-cr-00030-SI-1

**FINAL PRETRIAL SCHEDULING ORDER**

On July 25, 2023, the Court held a final pretrial conference in the above captioned matter, which is set for jury trial beginning August 14, 2023.  All parties were represented by counsel.  The following matters were resolved:

**1.      Trial schedule:**  The parties expect that the case will take 5-7 days to complete.  The Court does not hear trials on Fridays (although deliberating juries may continue their deliberations on Fridays).  The trial day runs from 9:00 a.m. until 3:30 p.m., with a 15 minute break at 10:00 a.m., a 30 minute break at noon and a 15 minute break at 1:45 p.m., all times approximate.

**2.      Number of jurors and challenges:**  There will be a jury of twelve members, plus 2 alternates.  The government shall have six peremptory challenges, the defense shall have a total of twelve collective peremptory challenges (eight joint defense challenges and two additional for each defendant), and each side shall have one additional peremptory challenge for the alternates.

**3.      Voir dire:**  The Court will conduct general voir dire, including various of the

questions requested by counsel in their proposed additional voir dire filings.  Counsel for each side shall have up to 20 minutes total to question the panel.  The parties are directed to meet and confer concerning a neutral, non-argumentative statement of the case which can be read to the jury panel at the beginning of the voir dire process; this statement shall be provided to the Court **by Friday, August 11, 2023, at 2:00 p.m.**

**4.     Jury instructions:**  The Court received proposed jury instructions from the government and a response from Mr. Rodriguez Flores.  The parties are directed to meet and confer to resolve any disputes as to the requested instructions, and to provide the Court **by Friday, August 11, 2023, at 2:00 p.m.** with any agreed-upon revisions to the standard Ninth Circuit instructions.

**5.     Trial exhibits:**  No later than **Tuesday, August 8, 2023, at 12:00 p.m.** the government shall submit its trial exhibits, in binders with numbered tabs separating and identifying each exhibit.  The government shall provide two hard copy sets for the Court, one hard copy set for the witnesses, and one electronic set.

**6.     Motions in limine:**  The Court is issuing a separate order on the motions in limine.  As reflected therein, the Court sets an in-person evidentiary hearing on **Thursday, August 10, 2023, at 1:00 p.m.** in Courtroom 1.

**7.     Other matters:**  Proposed questions to be added to the Jury Questionnaire are due by **Monday, July 31, 2023, at 12:00 p.m.**  The parties may submit their proposed questions to SICRD@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: July 28, 2023

_____
SUSAN ILLSTON
United States District Judge

2