ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HILLARY T. IRVIN (MDBN 1712130257)
SOPHIA COOPER (CABN 320373)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    Fax: (415) 436-7027
    Hillary.Irvin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. 3:23-CR-00030-SI** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **GOVERNMENT'S ADDITIONS TO JUROR QUESTIONAIRRE** |
| OLVIN ISAAC GUTIERREZ-NUNEZ, et al, | ) | |
| Defendants. | ) | |

The United States submits the following proposed questions for the juror questionnaire.

1. Has anyone close to you suffered from substance use disorder?

2. Does anyone recognize the name Christina Hayes?

3. Is anyone here familiar with news articles on San Francisco Police Department Officer Christina Hayes?

4. The two defendants in this case are Honduran nationals. Does any proposed juror believe that they will not be able to be fair and impartial due to this fact?

DATED:    July 31, 2023                                   Respectfully submitted,

|   |   |
|---|---|
| 1 | ISMAIL J. RAMSEY |
| 2 | United States Attorney |
| 3 | /s/ |
| 4 | HILLARY T. IRVIN |
|   | SOPHIA COOPER |
| 5 | Assistant United States Attorneys |

GOVERNMENT'S ADDITIONAL PROPOSED VOIR DIRE QUESTIONS        2
CASE NO. 3:23-CR-00030-SI