```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  HILLARY T. IRVIN (MDBN 1712130257)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7181
7      Fax: (415) 436-7027
       Hillary.Irvin@usdoj.gov
8      Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-CR-30-SI |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| OLVIN ISAAC GUTIERREZ NUNEZ, *et. al*, | |
| Defendants. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Olvin Isaac Gutierrez Nunez and Marvin Alexander Rodriguez Flores (aka Carlos Cruz Medina).

DATED: August 4, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*Thomas A. Colthurst*
_____
THOMAS A. COLHURST
Chief, Criminal Division

1  Leave is granted to the government to dismiss the indictment against Olvin Isaac Gutierrez
2  Nunez and Marvin Alexander Rodriguez Flores (aka Carlos Cruz Medina).
3
4  Date: _____
5
6                                           _____
                                            HON. SUSAN ILLSTON
                                            United States District Judge