1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   ELIZABETH FALK
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:  (415) 436-7700
   Facsimile:  (415) 436-7706
6  Email:      Elizabeth_Falk@fd.org
7
8  Counsel for Defendant RODRIGUEZ FLORES
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 23-30 SI |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] RELEASE ORDER |
| MARVIN RODRIGUEZ FLORES, aka CARLOS CRUZ MEDINA, | |
| Defendant. | |

The Indictment against Mr. Carlos Cruz Medina, aka Marvin Rodriguez Flores, has been dismissed.  The U.S. Marshal is accordingly directed to release Mr. Cruz Medina, aka Marvin Rodriguez Flores, forthwith.

DATED:

                                                HON. SUSAN ILLSTON
                                                United States District Judge